**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALICEA HUMBERTO, | : | No. 21 MM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| MARIANNE R. SUTTON, PROTHONOTARY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.